IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | **No. 18-270** |
| SALIM DAVIS | : | |

## O R D E R

**AND NOW**, this 6th day of December, 2018, upon consideration of Defendant's Motion to Suppress (Doc. No. 20), the responses and replies thereto (Doc. Nos. 22, 29, & 30), Government's Motion to Admit Audio Recordings and Transcripts (Doc. No. 19), the responses and replies thereto (Doc. Nos. 23 & 25), and following a hearing held on October 11, 2018, **IT IS ORDERED** that:

1. Defendant's Motion to Suppress (Doc. No. 20) is **DENIED**; and
2. Government's Motion to Admit Audio Recordings and Transcripts (Doc. No. 19) is **GRANTED**.

BY THE COURT:

 /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE