IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| · v. | : | |
| | : | |
| SALIM DAVIS | : | No. 18-270 |
| | : | |

## ORDER

AND NOW, this 2nd day of October, 2020, upon consideration of Defendant's Supplemental Motion for Acquittal (Doc. No. 101), Defendant's Motion for a New Trial (Doc. No. 102), the Government's Response in Opposition to the Motions (Doc. No. 108), and the Defendant's Reply to the Government (Doc. No. 113), it is **ORDERED** that Defendant's Supplemental Motion for Acquittal (Doc. No. 101) and Motion for a New Trial (Doc. No. 102) are **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1